UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-02746-PJS-DTS

Roman S.G.,

    Petitioner,

v.                              **ORDER**

James McHenry, et al.,

    Respondents.

Based upon the Request for Remand for Petitioner's Release (ECF No. 10) filed by the Federal Respondents, IT IS ORDERED that:

1) This matter is remanded to United States Immigration and Customs Enforcement (ICE) for the immediate release of Petitioner Roman Sergeevich Golovanov from immigration detention pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. § 241.5, and

2) This action is dismissed without prejudice, each party to bear its own costs and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 12, 2025                        /s/ Patrick J. Schiltz
                                                        PATRICK J. SCHILTZ, Chief Judge
                                                        United States District Court